VICTORIA DIANE MCCANDLISH, Estate
*Debtor, Pro Per Sui Juris*
Victoria Diane McCandlish
*Living Heir*

2700 Caples Avenue #2441
Vancouver, Nation Washington
(360) 634-2299
vheacock1@gmail.com

**FILED - WAWB**
**DEC 31 2025 5:50 PM**
**Gina Zadra Walton, Clerk of Court**

Date: 12/31/2025

To Whom It May Concern,

I am writing to respectfully request additional time in connection with matters pending in my active Chapter 13 bankruptcy case before the United States Bankruptcy Court.

Due to the busy holiday season, increased work-related obligations, and my concurrent compliance with court-ordered deadlines and obligations in a related federal court matter, I have experienced temporary scheduling constraints. In order to ensure that all filings, communications, and responses are completed thoroughly, accurately, and in good faith, I respectfully request additional time.

This request is made pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1), which permits the court to enlarge the time required for an act to be done for cause shown, either before the expiration of the period or, where applicable, after the expiration upon a showing of excusable neglect.

This request is made to preserve the orderly administration of the case and to ensure full compliance with all applicable requirements of the Bankruptcy Code and Rules. Nothing in this correspondence shall be construed as an admission of liability, a waiver of rights, remedies, or defenses, or consent to any action outside the authority of the bankruptcy court.

Thank you for your consideration and cooperation.

Respectfully,

//s// Victoria Diane McCandlish, Living Heir
VICTORIA DIANE MCCANDLISH, Estate
*Debtor, Pro Per Sui Juris*

Chapter 13 Bankruptcy Case No. 25-43126-MJH
United States Bankruptcy Court [District]