# MOTION TO SUSPEND OR DEFER CHAPTER 13 PLAN PAYMENTS

(TEMPORARY PAYMENT SUSPENSION)

## I. RELIEF REQUESTED

The Debtor respectfully moves the Court for an order temporarily suspending or deferring Chapter 13 plan payments, including any requirement to commence payments under 11 U.S.C. § 1326(a), pending resolution of circumstances that presently make plan payments infeasible.

## II. FACTUAL BASIS

1. The Debtor filed this Chapter 13 case in good faith.
2. The Debtor's Schedules I and J show negative disposable income, with necessary living expenses exceeding current income.
3. The Debtor is currently engaged in pending federal civil litigation that directly affects:
   - The validity and enforceability of the alleged mortgage claim; and
   - The feasibility and structure of any confirmable Chapter 13 plan.
4. The Debtor is incurring extraordinary and ongoing legal expenses necessary to protect property of the estate.
5. The Debtor has petitioned for spousal support in a pending divorce action; however, no support has been ordered or received as of the petition date.
6. The Debtor cannot make plan payments at this time without undue hardship and without impairing the Debtor's ability to maintain housing and pursue controlling litigation.

## III. LEGAL BASIS

- 11 U.S.C. § 1322(b)(8) permits funding a plan from future income.
- 11 U.S.C. § 1329 permits plan modification upon changed circumstances.
- Courts routinely allow temporary suspension or deferral of payments where feasibility is controlled by pending litigation or other extraordinary circumstances.
- The Debtor seeks a temporary suspension, not a permanent avoidance of obligations.

## IV. GOOD FAITH

This Motion is made in good faith, not for delay, and with the intent to:

- Preserve the automatic stay;
- Protect property of the estate;
- Amend the Plan promptly upon resolution of pending matters.

## V. REQUESTED ORDER

The Debtor respectfully requests that the Court enter an order:

1. Suspending or deferring Chapter 13 plan payments, including commencement payments under § 1326(a), for a period of ___ days, or until further order of the Court;
2. Permitting the Debtor to proceed under the $0 placeholder Chapter 13 Plan filed concurrently; and
3. Granting such other and further relief as the Court deems just and proper.

## DECLARATION AND SIGNATURE

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: 1/5/2026

Signature: *[signature]*

Printed Name: Victoria Diane McCandlish, Living Heir

2

Case 25-43126-MJH    Doc 12    Filed 01/05/26    Ent. 01/06/26 15:21:13    Pg. 2 of 2