Form ntcchm (12/2025)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

| | |
|---|---|
| In Re: Victoria Diane McCandlish<br>Debtor(s). | Case No.: 25–43126–MJH<br>Chapter: 13 |

## Notice to Debtor(s)

**Notice is hereby given to the Debtor** in the above referenced case regarding the pleading(s) filed on January 5, 2026 at ECF No. 12.

The pleading(s) has been received; however, under Local Bankruptcy Rule 9013–1(b) and (c), a motion needs to be properly placed on the Court's calendar and accompanied by a notice of hearing provided to appropriate parties. Additionally, under Local Bankruptcy Rule 9013–1(d)(2), proof of any conventional or non–ECF service of the notice and motion must be filed by the response date. Please review the Local Bankruptcy Rules regarding how to set a motion for hearing. On the **court's website at www.wawb.uscourts.gov under the "Code, Rules & Forms" tab, you will find the national and local bankruptcy rules and forms, including the Notice of Motion and Hearing form.**

You may wish to consult counsel, or seek assistance from available pro bono resources, some of which may be found on the **court's website at www.wawb.uscourts.gov under the "Filing Without an Attorney" tab and "Legal Services and Resources" option.**

Dated: <u>January 7, 2026</u>

                                              United States Bankruptcy Court
                                              Western District of Washington