| | |
|---|---|
| In re: | Case No. 25-43126-MJH |
| Victoria Diane McCandlish | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0981-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 06, 2026 | Form ID: pdfpl | Total Noticed: 11 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victoria Diane McCandlish, 2700 Caples Avenue #2441, Vancouver, WA 98661-6100 |
| cr | +++ | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 957559846 | + | Michael G. Malaier, Chapter 13 Trustee, PO Box 1532, Tacoma WA 98401-1532 |
| 957559842 | | NewRezLLC, d/b/a Shellpoint Mortgage Servicing, PO Box 60535, City ofIndustry CA 91716-0535 |
| 957559843 | | U.S. Bank, PO Box 3447, Portland OR 97208-3447 |
| 957559847 | | United States District Court for the Western Distr, 1 717 Pacific A venue Room 3100, Tacoma WA 98402-3200 |
| 957559845 | + | United States Trustee - Region 18, Office of the United States Trustee, 700 Stewart Street, Suite 510, Seattle WA 98101-4439 |
| 957559841 | + | VICTORIA DIANE MCCANDLISH ESTATE, 2700 Caples Avenue #2441, Vancouver. Nation Washington, Near 98661-6100 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: DORBankruptcyNOTICES@dor.wa.gov | Jan 06 2026 23:28:00 | State of Washington, Department of Revenue, 2101 4th Ave, Ste 1400, Seattle, WA 98121-2300 |
| 957559844 | + | Email/Text: ecfbnc@aldridgepite.com | Jan 06 2026 23:28:00 | Clear Recon Corp, PO Box 17933, San Diego, CA 92177-7921 |
| 957559477 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 06 2026 23:28:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 08, 2026 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Michael G. Malaier | ecfcomputer@chapter13tacoma.org |
| United States Trustee | USTPRegion18.SE.ECF@usdoj.gov |

TOTAL: 2

# CHAPTER 13 PLAN OF REORGANIZATION

**Debtor:**
VICTORIA DIANE MCCANDLISH ESTATE

**Court:**
United States Bankruptcy Court
Western District of Washington

Chapter 13

## I. PLAN PAYMENTS

### 1. Monthly Plan Payment

The Debtor proposes **no monthly plan payment at this time**.

**Plan Payment:** $0.00 per month (temporary)

This Plan is filed as a **placeholder plan** in good faith. The Debtor will propose plan payments upon the occurrence of a material change in circumstances, including but not limited to:

- Resolution of pending federal court litigation materially affecting the alleged mortgage claim; and/or
- Entry of an order awarding spousal support or other income; and/or
- Reduction of extraordinary litigation-related expenses.

## II. TREATMENT OF SECURED CLAIMS

### A. Alleged Mortgage Claim (Disputed)

**Creditor:**
NewRez LLC d/b/a Shellpoint Mortgage Servicing

**Collateral:**
Real property located at
7100 NE 151st Circle
Vancouver, WA 98686

**Treatment:**

The Debtor **does not concede** the validity, enforceability, standing, or secured status of the alleged mortgage claim. The claim is **disputed in its entirety** and is the subject of pending federal civil litigation.

1

Pending adjudication of the dispute:

- **No payments are proposed through the Plan** on the alleged secured claim.
- The Debtor reserves all rights to object to, reclassify, or seek disallowance of the claim.
- The Debtor reserves the right to amend this Plan upon resolution of the dispute.

Nothing in this Plan shall be construed as an admission of liability, lien validity, or enforceability.

## III. PRIORITY CLAIMS

The Debtor is not aware of any unsecured claims entitled to priority under 11 U.S.C. § 507 as of the petition date.

If any priority claims are later allowed, the Debtor will amend the Plan as required by law.

## IV. NONPRIORITY UNSECURED CLAIMS

General unsecured creditors shall receive a **pro rata distribution**, if any, from future plan payments should the Plan be amended to provide funding.

Due to the Debtor's current financial condition, **no distribution is proposed at this time.**

## V. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

None known at this time.
The Debtor reserves the right to assume or reject any executory contract or unexpired lease by separate motion or plan amendment.

## VI. PROPERTY OF THE ESTATE

Property of the estate shall **remain property of the estate** until entry of discharge or further order of the Court.

## VII. LIEN RETENTION

To the extent any creditor holds a valid lien, such lien shall be retained **only to the extent required by law** and **only if the underlying claim is allowed**.

## VIII. RESERVATION OF RIGHTS

The Debtor expressly reserves the right to:

- Amend this Plan pursuant to 11 U.S.C. §§ 1322 and 1329

- Modify plan payments upon changed circumstances
- Seek claim disallowance or reclassification
- Seek dismissal or conversion if appropriate

This Plan is proposed in **good faith** under 11 U.S.C. § 1325(a).

## IX. CONFIRMATION

The Debtor respectfully requests confirmation of this Plan as a temporary placeholder pending resolution of controlling litigation and financial circumstances.

## DECLARATION AND SIGNATURE

I declare under penalty of perjury that I have examined this **Chapter 13 Plan**, and that it is true and correct to the best of my knowledge, information, and belief.

Date: 1/5/2026

Signature: *[signature]*

Printed Name: Victoria Diane McCandlish, Living Heir

3