United States Bankruptcy Court

Western District of Washington

| | |
|---|---|
| In re: | Case No. 25-43126-MJH |
| Victoria Diane McCandlish | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0981-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 07, 2026 | Form ID: pdfltd | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Victoria Diane McCandlish, 2700 Caples Avenue #2441, Vancouver, WA 98661-6100 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Michael G. Malaier | ecfcomputer@chapter13tacoma.org |
| United States Trustee | USTPRegion18.SE.ECF@usdoj.gov |

TOTAL: 2

Form ntcchm (12/2025)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

| | |
|---|---|
| In Re: Victoria Diane McCandlish<br>Debtor(s). | Case No.: 25−43126−MJH<br>Chapter: 13 |

### Notice to Debtor(s)

**Notice is hereby given to the Debtor** in the above referenced case regarding the pleading(s) filed on January 5, 2026 at ECF No. 12.

The pleading(s) has been received; however, under Local Bankruptcy Rule 9013−1(b) and (c), a motion needs to be properly placed on the Court's calendar and accompanied by a notice of hearing provided to appropriate parties. Additionally, under Local Bankruptcy Rule 9013−1(d)(2), proof of any conventional or non−ECF service of the notice and motion must be filed by the response date. Please review the Local Bankruptcy Rules regarding how to set a motion for hearing. On the **court's website at www.wawb.uscourts.gov under the "Code, Rules & Forms" tab, you will find the national and local bankruptcy rules and forms, including the Notice of Motion and Hearing form.**

You may wish to consult counsel, or seek assistance from available pro bono resources, some of which may be found on the **court's website at www.wawb.uscourts.gov under the "Filing Without an Attorney" tab and "Legal Services and Resources" option.**

Dated: January 7, 2026

United States Bankruptcy Court
Western District of Washington