# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re:
VICTORIA DIANE MCCANDLISH, Estate.
Debtor.

FILED - WAWB
JAN 21 2026 12:48 PM
Gina Zadra Walton, Clerk of Court

Case No. 25-43126-MJH
Chapter 13

# NOTICE OF MOTION AND HEARING

**Re: Debtor's Motion to Suspend or Defer Chapter 13 Plan Payments (ECF No. 12)**

PLEASE TAKE NOTICE that the Debtor, VICTORIA DIANE MCCANDLISH, will move the Court for entry of an order temporarily suspending or deferring Chapter 13 plan payments, as set forth in the Motion to Suspend or Defer Chapter 13 Plan Payments, filed on January 5, 2026 [ECF No. 12].

## HEARING INFORMATION

- Date: Tuesday, February 17, 2026
- Time: 10:30 AM (Pacific Time)
- Judge: Hon. Marc L. Barreca
- Location: ZoomGov (Vancouver Calendar)

ZoomGov access information may be obtained from the Court's website at:
https://www.wawb.uscourts.gov/judge/mjh

## RELIEF REQUESTED

The Motion requests a temporary suspension or deferral of Chapter 13 plan payments pursuant to 11 U.S.C. §§ 1322 and 1329, based on the Debtor's current financial circumstances, pending resolution of controlling litigation and material changes in income.

## RESPONSE DEADLINE

Any objection must be filed and served in accordance with Local Bankruptcy Rule 9013-1 and the Federal Rules of Bankruptcy Procedure.
If no timely objection is filed, the Court may grant the Motion without oral argument.

DATED: _January 21ˢᵀ_, 2026

Respectfully submitted,

/s/ VICTORIA DIANE MCCANDLISH, Estate.
Debtor
Victoria Diane McCandlish
Living Heir, Pro Per Sui Juris
2700 Caples Avenue #2441.
Vancouver. Washington [98661-9998]
Phone: (360) 634-2299
Email: grantor1drop@proton.me

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re:
VICTORIA DIANE MCCANDLISH, Estate.
Debtor.

Case No. 25-43126-MJH
Chapter 13

# PROOF OF SERVICE

I, **VICTORIA DIANE MCCANDLISH, Estate.**, declare under penalty of perjury under the laws of the United States that on the date set forth below, I served the following document:

- Notice of Motion and Hearing re: Debtor's Motion to Suspend or Defer Chapter 13 Plan Payments (ECF No. 12)

## SERVICE WAS MADE AS FOLLOWS:

Via U.S. Mail and/or Electronic Service

- **Michael G. Malaier,** Chapter 13 Trustee
  PO Box 1532, Tacoma, WA 98401
  Email: ecfcomputer@chapter13tacoma.org
- **United States Trustee – Region 18**
  700 Stewart Street, Suite 510, Seattle, WA 98101
  Email: USTPRegion18.SE.ECF@usdoj.gov
- **NewRez LLC d/b/a Shellpoint Mortgage Servicing**
  PO Box 10826, Greenville, SC 29603-0826
- **Clear Recon Corp**
  PO Box 17933, San Diego, CA 92177-7921
  Email: ecfbnc@aldridgepite.com

Service was completed on: January 22ND, 2026

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 21ST, 2026

VICTORIA DIANE MCCANDLISH, Estate.
Debtor
/s/ Victoria Diane McCandlish
Living Heir, Pro Per Sui Juris