# Michael G. Malaier
## C H A P T E R 1 3 T R U S T E E

5219 N. Shirley Street, Ste 101 | Ruston, Washington 98407 | p: (253) 572-6600 | f: (253) 650-0580 | www.chapter13tacoma.org

## CHAPTER 13 TRUSTEE DEFICIENCY NOTICE
Please send documents to the email address: ProSe@chapter13tacoma.org

TO: **VICTORIA DIANE MCCANDLISH**          CASE NO: **25-43126-MJH**

**NOTICE IS HEREBY GIVEN** that the above referenced case, filed on December 16, 2025, contains one or more deficiencies which must be corrected.  Failure to provide the missing document(s) to the Trustee or otherwise comply with 11 U.S.C. § 521, Fed. R. Bankr. P. 1007(b), and Local Bankruptcy Rules 1007-1, 3015-1, or 4002-1, or to object to dismissal of the case indicating why dismissal is not appropriate, **may result in the dismissal of this case without further notice,** pursuant to Local Bankruptcy Rule 1017-1(d).

**Trustee Information Sheet**
**Bank Statements to include date of filing**
**60 Days Paystubs/Income Verification**
**Tax Returns**

## <u>CERTIFICATE OF MAILING</u>

I certify under penalty of perjury under the laws of the United States that on January 22, 2026, I caused to be mailed via regular mail a true and correct copy of the Chapter 13 Trustee Deficiency Notice to the following:

VICTORIA DIANE MCCANDLISH, BOX 2441, 2700 CAPLES AVE, VANCOUVER, WA  98661

Executed at Tacoma, Washington on the 22nd day of January, 2026.

/s/ Hope Hampton
Office of the Chapter 13 Trustee
5219 N. Shirley Street, Ste 101, Ruston, WA  98407